FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 07 2023

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR00027 BRW |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. §§ 2251(a) and (e) |
| RANDY OLIVER | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 18, 2022, through on or about December 20, 2022, in the Eastern District of Arkansas and elsewhere, the defendant,

RANDY OLIVER,

did knowingly attempt to employ, use, persuade, induce, entice, and coerce an individual he believed to be a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to attempt to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## **FORFEITURE ALLEGATION ONE**

Upon conviction of Count One of this Indictment, the defendant, RANDY OLIVER, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)